```
McGREGOR W. SCOTT
United States Attorney
STEVEN M. CRASS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> GABRIEL AURELIO PEREZ-FLORES, ) <br> ) <br> Defendant ) <br> _____ ) | CASE NO. 1:06-CR-0157 AWI <br><br> REQUEST TO VACATE WRIT FILED IN ERROR; ORDER TO VACATE WRIT |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Steven M. Crass, Assistant United States Attorney, hereby requests that the writ erroneously filed in this case on or about June 26, 2006 on behalf of Ciro Nunez-Rodriguez be vacated.

```
Dated: July 3, 2006           McGREGOR W. SCOTT
                              United States Attorney
                              By : /s/ Steven M. Crass
                                  STEVEN M. CRASS
                                  Assistant U.S. Attorney
```

**ORDER**

IT IS SO ORDERED.

**Dated:   July 13, 2006**                /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE

1